UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA MCPHEE,

    Plaintiff,

vs.

                                    Case No. 14-CV-13216
                                    HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (Doc. 18), GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (Doc. 17), AND DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 14)**

      Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On July 27, 2015, Magistrate Judge Elizabeth Stafford issued her report, recommending that the court grant defendant's motion for summary judgment, deny plaintiff's motion for summary judgment, and affirm the Commissioner's decision. The magistrate judge's report and recommendation stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right of appeal. See Thomas v. Arn, 474 U.S. 140, 155 (1985). No such objections were filed by either party.

      The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation, and accepts the result recommended therein. The administrative law judge's decision is supported by substantial evidence, and

is therefore **AFFIRMED**.  Accordingly, defendant's motion for summary judgment (Doc. 17) is **GRANTED**, and plaintiff's motion for summary judgment (Doc. 14) is **DENIED**.

**IT IS SO ORDERED**.

Dated:  August 18, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 18, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk